ORIGINAL

FILED
APR 28 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SDS INTERNATIONAL, INC.<br>1320 Central Park Boulevard<br>Suite 300<br>Fredericksburg, VA. 22401-4954<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | USCFC No. 08-314 C |

**DISCLOSURE STATEMENT**

**COMES NOW** Plaintiff, SDS International, Inc. (SDS), by and through undersigned counsel, and, pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, hereby files its corporate disclosure statement.

SDS is a privately held corporation. SDS has no parent corporation. SDS's President and Chief Executive Officer, George Gennin, is the principal owner of SDS and no public corporation owns any stock in SDS.

Respectfully submitted,

Date: 4/24/08

By: [signature]

Christopher M. Johnson,
Centre Law Group, LLC
1953 Gallows Rd, Suite 650
Vienna, VA. 22102
(703) 288-2800
(703) 288-4868 (fax)

Brian C. Caney-Of Counsel

Counsel for Plaintiff
SDS International, Inc.