IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SDS INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-314C |
| | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), defendant, the United States, respectfully requests a 45-day enlargement of time, to and including August 11, 2008, to file a response to the complaint. Defendant's response is currently due on June 27, 2008 This is defendant’s first request for an enlargement for this purpose. Defendant has consulted with counsel for plaintiff and counsel for plaintiff has represented that plaintiff does not oppose this request for an enlargement of time.

Upon receipt of the complaint, counsel for defendant sent the Department of the Air Force (“Air Force”) a copy of the complaint with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520. Agency counsel has informed counsel for defendant that additional time is necessary for the agency to respond to our request.

The requested enlargement of time is required so that agency counsel may have sufficient time to obtain the relevant information and documentation from Air Force employees needed to prepare the requested litigation report and suggested response to the complaint, and to prepare the litigation report and suggested response to the complaint. Once the litigation report is received, defendant’s counsel will require additional time to study the litigation report, its supporting documentation, and the suggested response to the complaint, to consult with agency

counsel and other Government attorneys, and to prepare and file the Government's response to the complaint, following mandatory supervisory review.

For these reasons, defendant respectfully requests that the Court grant this motion for enlargement of time of 45 days, to and including August 11, 2008, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

OF COUNSEL:
Captain Christy J. Kisner
United States Air Force
Contracts Litigation Division
1501 Wilson Blvd., Suite 612
Arlington, VA 22209

s/ Tara Kilfoyle
TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

June 18, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 18th day of June, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Tara J. Kilfoyle