# In the United States Court of Federal Claims

**NOTICE**

**SDS INTERNATIONAL, INC.**

**No. 08-314 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., June 19, 2008**

To Attorney of Record, Assistant Attorney General, and Judge Sweeney:

Please take notice that in the above case there has been entered this day on the defendant's motion, filed June 18, 2008, for enlargement of time to respond to the complaint

the following order by the Acting Clerk:

**ALLOWED.**

John S. Buckley

ACTING CLERK OF COURT