IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SDS INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-314C |
| | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiff, SDS International, Inc. ("SDS"), and defendant, the United States, by and through undersigned counsel, hereby stipulate and agree that the above-captioned action shall be, and hereby is, voluntary dismissed without prejudice.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

PATRICIA M. McCARTHY
Assistant Director

CHRISTOPHER M. JOHNSON
Centre Law Group
1953 Gallows Rd. Suite 605
Vienna, Virginia 22102
Tele: (703) 288-2800

Counsel for Plaintiff

TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

Counsel for Defendant

September 10, 2008